## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

MARIA ESPIRITUSANTO,         )
                                   )
          Plaintiff,           )
                                   )     CIVIL NO. 2007-0042
          v.              )
                                   )
DEPARTMENT OF HOMELAND  )
SECURITY, U.S. CITIZENSHIP AND  )
IMMIGRATION SERVICES, AND    )
MARIA ARAN, DISTRICT DIRECTOR  )
OF U.S. CITIZENSHIP AND       )
IMMIGRATION SERVICES PUERTO  )
RICO, U.S. IMMIGRATION CUSTOMS  )
ENFORCEMENT ST. CROIX DISTRICT, )
ATTORNEY GENERAL, ALBERTO   )
GONZALEZ                      )
                                   )
          Defendants.       )
_____ )

## <u>ORDER</u>

FINCH, J.

       THIS MATTER comes before the Court on a Motion to Dismiss or, in the alternative, for

Summary Judgment filed by Defendants.  After careful consideration of the Motion to Dismiss

this matter for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1), or in the

alternative for Summary Judgment pursuant to Fed. R. Civ. P. 56, and being fully advised in the

premises, the Court finds as follows:

       This Court lacks subject matter jurisdiction of this matter, in as much as the relief sought

by Plaintiff, i.e., for the Department of Homeland Security, United States Office of Citizenship

and Immigration Services (CIS) to schedule an interview on the I-130 petition filed by

Victoriano Espiritusanto and the I-485 filed by Maria Espiritusanto has already been granted by

1

CIS.  Plaintiff, in her prayer for relief, specifically asked this Court to compel CIS to make a decision on her I-130 petition and CIS has made this decision, granting the relief sought in Plaintiff's complaint for mandamus.   Since CIS has already granted Plaintiff's request, there is nothing for this Court to determine or to compel CIS to do by way of mandamus.  Defendant CIS's voluntary actions renders the relief requested in Plaintiff's complaint moot.  Since there is no case or controversy before the Court, it is hereby

**ORDERED** that Defendant's Motion to Dismiss for lack of subject matter jurisdiction is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion to Deem Conceded Defendant's Motion to Dismiss is **DISMISSED**.

**ENTERED this 30th day of May, 2008.**

_____/s/_____

**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**